UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

DAVID PALMER                                               CASE NUMBER: 10-30411
LESLIE A. PALMER                                           CHAPTER 13
Debtors

---

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

---

COMES NOW, the Trustee, Debra L. Miller, by counsel, and for her Objection to Debtors' Plan states:

1. Debtors are making their payments via wage order and are current.

2. Debtors are below median income debtors and their disposable income is determined by 11 U.S.C. §1325(b)(1)(B) using Schedule I and J.

3. Debtors' voluntary petition needs to be amended as it does not list their correct address.

4. Trustee objects to confirmation as the disposable income test is not being met. Debtors' Schedule J lists a monthly expense of $300.00 for cigarettes and Debtors are only offering a monthly payment of $350.00. This expense is neither reasonable nor necessary to Debtors' successful reorganization. Additionally, Trustee calculates that Debtors' disposable income is $526.54 and Debtors' plan only provides a payment of $350.00.

WHEREFORE, as the plan has yet to comply with 11 U.S.C. §1325(a) and (b) for the reasons stated above, the Trustee objects to the confirmation of the plan.

Dated: April 29, 2010                                    Respectfully Submitted,

/s/ Sarah E. Willms
Staff Attorney for
Debra L. Miller, Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634-0155
(574) 251-1493

CERTIFICATE OF SERVICE

I hereby certify that a copy of this objection was served as follows on April 29, 2010

By U.S. Mail postage prepaid:
Debtors: David and Leslie Palmer, 8255 N 550 E, Syracuse, IN 46567

By electronic mail via CM/ECF:
Debtors' Attorney: Conni Walkup
U.S. Trustee at ustregion10.so.efc@usdoj.gov

/s/ Sarah E. Willms